# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2010

Marilyn Kelly,
Chief Justice

142140 & (61)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

AFSCME COUNCIL 25,
      Plaintiff-Appellee,

v

SC: 142140
COA: 298655
Wayne CC: 07-708765-CK

COUNTY OF WAYNE,
      Defendant-Appellee,

and

THIRD CIRCUIT COURT,
      Intervening Defendant-Appellant.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The Court of Appeals is DIRECTED to decide this case on an expedited basis, in light of the importance of the issues before that court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2010

Clerk

d1215